IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,                            No. CIV S-05-579 MCE EFB

        vs.

APPROXIMATELY $25,474 and
$1105 IN U.S. CURRENCY,

        Defendant.                    <u>ORDER</u>

        /

        Pursuant to 28 U.S.C. § 455(a), the undersigned disqualifies himself from participating in this matter.  The Clerk of the court shall reassign this case to another Magistrate Judge for all further proceedings, notify the parties, and make appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

        IT IS SO ORDERED.

DATED: August 30, 2006.

                                            EDMUND F. BRENNAN
                                           UNITED STATES MAGISTRATE JUDGE