IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CIV-S-05-0579 KJM-DAD |
| vs. | |
| APPROXIMATELY $25,474 and $1105 IN U.S. CURRENCY, | |
| Defendants. | ORDER |

     The parties filed a stipulation on March 10, 2011 requesting that the status (pretrial scheduling) conference set for March 30, 2011 be vacated and that the stay issued on June 8, 2005 (ECF 10) be left in effect. (ECF 21.) The Court, having considered the stipulation, hereby ORDERS the status conference set for March 30, 2011 is VACATED and the stay issued on June 8, 2005 is CONTINUED pending resolution of the criminal proceedings.

     IT IS SO ORDERED.

DATED: March 18, 2011.

_____
UNITED STATES DISTRICT JUDGE

1